Leon I. Levien, Suing on His Own Behalf and on Behalf of All Other Stockholders of National American Company, Inc., Who are Similarly Situated, Respondent, v. National American Company, Inc., and Others, Appellants.— Order in so far as it denies defendants' motion to strike out as irrelevant certain paragraphs of the complaint, or to make certain paragraphs thereof more definite and certain, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

Margaret McGregor, Respondent, v. The National Cash Register Company, Appellant.— Resettled order granting plaintiff's motion for an examination before trial, in so far as appealed from, affirmed, without costs. The examination is to proceed on five days' notice. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

Dorothy Mountrey and Andrew J. Mountrey, Respondents, v. Edgar J. Oppenheim, Appellant, and Florence Walker, Defendant.— Judgment unanimously affirmed, with costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

Bruno Oliva, Respondent, v. Charles H. Darmstadt, Inc., Appellant.— Order granting a preference affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

The People of the State of New York, Respondent, v. Fred William George Kammerer, Alias Fred Kammerer, Alias George Kammerer, Appellant.— Judgment of conviction of the County Court of Queens county reversed on the law and the facts and a new trial ordered. The court erred at folios 93, 97 and 117 in excluding evidence which would shed light, if credited, upon whether or not the defendant had delivered the paper to be filed with intent that it be uttered or published as true, and whether or not the defendant had in fact sworn to the certificate. Such proffered testimony came within the general rule that declarations accompanying acts are admissible to show the nature, character and object of such acts and the intent with which they were indulged in. (People v. Dowling, 84 N. Y. 478, 485; People v. Pierce, 218 App. Div. 254; Penal Law, §§ 1620, 1625.) Proof of delivery was a necessary part of the People's case. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

The People of the State of New York, Respondent, v. Casimir Joseph Wolosz, Alias Charles Wolosz, Appellant.— Judgment of conviction and orders of the County Court of Queens county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Isaac Sadofsky, Respondent, v. Sara Rapatzky, etc., and Others, Defendants, Impleaded with Ida Olener and Dora Olener, as Administratrices, etc., of Sam Olener, Deceased, Appellants.— Order denying motion to vacate and set aside judgment affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.